# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ISMAEL LOPEZ** | : | **NO. 10-329-1** |

## ORDER

**NOW**, this 30th day of April, 2025, upon consideration of the Motion to Petition for Two Point Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A) (Doc. No. 107) and the government's response, it is **ORDERED** that the motion is **DENIED**.

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.