# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ISMAEL LOPEZ** | : | **NO. 10-329** |

## ORDER

**NOW,** this 20th day of May, 2025, upon consideration of the Request for Compassionate Release/Reduction in Sentence Consideration (Doc. No. 110) and the government's response in opposition, it is **ORDERED** that the motion is **DENIED.**

    /s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.