**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **ISMAEL LOPEZ** | : | **NO. 10-329** |

## ORDER

**NOW,** this 2nd day of September, 2026, upon consideration of the petitioner's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence (Doc. No. 96), the government's response, and the petitioner's supplements, it is **ORDERED** that the motion is **DENIED.**

**IT IS FURTHER ORDERED** that no probable cause exists for the issuance of a certificate of appealability.

/s/ Timothy J. Savage
TIMOTHY J. SAVAGE, J.